PROB 12C
(7/93)

Report Date: December 28, 2015

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher D. Drumgoole     Case Number: 0980 2:11CR00189-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: November 13, 2012

| | | |
|---|---|---|
| Original Offense: | Distribution of Cocaine Base, in the Form of Crack Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(C) | |
| Original Sentence: | Prison - 51 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: November 1, 2015 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: October 31, 2018 |

### PETITIONING THE COURT

　　　　To incorporate the violation(s) contained in this petition in future proceedings with the violations previously reported to the Court on 12/16/2015, and ISSUE A WARRANT for the offender's arrest.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| 4 | **Special Condition # 18**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the discretion of the supervising officer. |
| | **Supporting Evidence**: On December 27, 2015, at 0002 hours, the undersigned officer received a voice mail from the resident monitor with the Spokane Residential Reentry Center (RRC) where Mr. Drumgoole had been previously directed to reside. According to staff, Mr. Drumgoole had absconded from the RRC based on his failure to report back to the facility within 3 hours following the scheduled return time of his previously approved travel pass. |
| | On December 28, 2015, the undersigned officer was able to verify the aforementioned information with Spokane RRC staff who confirmed that the facility had not seen or heard from Mr. Drumgoole since he left the facility on December 26, 2015, at 1745 hours. Staff |

Prob12C
**Re: Drumgoole, Christopher D.**
**December 28, 2015**
**Page 2**

      were unaware of Mr. Drumgoole's current location. The undersigned officer then attempted to contact Mr. Drumgoole on his cell phone, but received an automated message stating that the number had been changed or disconnected. Mr. Drumgoole's whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on December 16, 2015.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 28, 2015

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

12/29/2015

Date