PROB 12C
(6/16)

Report Date: July 19, 2017

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher D. Drumgoole      Case Number: 0980 2:11CR00189-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: November 13, 2012

| | |
|---|---|
| Original Offense: | Distribution of Cocaine Base, in the Form of Crack Cocaine, 21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Original Sentence: | Prison - 51 months; TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington |
| Date Supervision Commenced: | November 1, 2015 |
| Defense Attorney: | Federal Defender's Office |
| Date Supervision Expires: | Tolling |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/16/2015, and 12/28/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state or local crime. |
| | **Supporting Evidence**: On November 2, 2015, Mr. Christopher Drumgoole signed his conditions for case number 2:11CR00189-RMP-1, indicating he understood all conditions as ordered by the Court.  Specifically, Mr. Drumgoole was made aware by his U.S. probation officer that he may not commit another Federal, state, or local crime. |
| | On February 8, 2017, and having occurred since about 2015, Mr. Christopher Drumgoole violated the terms of his supervised release. Specifically, and according to police reports, on Wednesday, February 8, 2017, a search warrant was executed by the Northwest Narcotics Task Force with the assistance of the Williston Police Department and the Bureau of Criminal Investigation with respect to the residence of Christopher Drumgoole and a co-defendant. Surveillance was established at the residence and Mr. Drumgoole was identified as leaving the complex. Mr. Drumgoole entered a taxi cab, which was subsequently stopped by law enforcement, and in which Mr. Drumgoole was taken into custody on outstanding |

warrants for his arrest. On Mr. Drumgoole's person at the time of arrest was $3,070 in U.S. currency, two iPhones, and a plastic bag with suspected marijuana, in addition to other items.

A search warrant was sought and received for the client's alleged residence, for which a key fob was located on his person at the time of his arrest. Also located and subsequently confiscated during the search was a significant amount of illicit substances, paraphernalia, and other relevant items generally used in the distribution of narcotics. A short list of the items seized include: suspected powder heroin, suspected oxycodone pills, a purple notebook containing pay/owe information, suspected marijuana, a digital scale, suspected methamphetamine, and numerous pills. The police report documents the list of the seized items and numbers the last piece of collected evidence in this case as item number 54.

According to the report, charges for possession with intent to deliver heroin, possession of drug paraphernalia, possession of oxyocodone pills with intent to deliver, and possession of marijuana were forwarded to the Williams County States Attorney's Office with respect to the client.

On April 5, 2017, an eleven-count indictment was filed in this matter under cause number 1:17CR00083 in the District of North Dakota Western Division naming 12 defendants, including Mr. Drumgoole. The case alleges a violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), 841(b)(1)(C), and 846; and 18 U.S.C. § 2.

| | |
|---|---|
| 6 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the Court or probation officer. |

On November 2, 2015, Mr. Christopher Drumgoole signed his conditions for case number 2:11CR00189-RMP-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Drumgoole was made aware by his U.S. probation officer that he may not travel to another district or outside of the Eastern District of Washington without the express written consent of this officer, or the U.S. Probation Office in Spokane.

On February 8, 2017, Mr. Christopher Drumgoole violated the terms of his supervised release. Specifically, Mr. Drumgoole was arrested in the District of North Dakota Western Division. At no time had Mr. Drumgoole been granted authority by the undersigned officer, or this officer's governing office, to travel to North Dakota or outside of the Eastern District of Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/19/2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Drumgoole, Christopher D.**
**July 19, 2017**
**Page 3**

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_Rosanna Malouf Peterson_
Signature of Judicial Officer

7/19/2017
Date